**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,

    Plaintiff,                               Case No.  1:21cr010-7

         v.                                  Judge Michael R. Barrett

Jeffrey Harrison,

    Defendant.

**ORDER**

This matter came on before the Court's consideration of Defendant's Motion to Reverse Detention Order (Doc. 120) and the Government's Opposition to Defendant's Motion for Bond (Doc. 121).

Based upon the foregoing, the Court grants the Defendant's Motion subject to verification of residence by Pre-Trial Services and subject to the recommendations and conditions set forth in the June 14, 2021 Pre-Trial Service Report.

Based upon the foregoing, the Motion (Doc. 120) is therefore **GRANTED**.

**IT IS SO ORDERED.**

                                                       s/*Michael R. Barrett*
                                                       Michael R. Barrett, Judge
                                                       United States District Court